**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeffrey Timothy Landrigan, | No. CV-10-02246-PHX-ROS |
| Plaintiff, | **DEATH PENALTY CASE** |
| vs. | **ORDER** |
| Janice K. Brewer, et al. | |
| Defendants. | |

On October 24, 2010, Defendants submitted for *in camera* review certain information regarding the sodium thiopental they plan on using in Plaintiff's execution. The State will be ordered to establish that this evidence is privileged and that it must be filed on the docket under seal. *See* Fed. R. Civ. P. Rule 26(b)(5)(A) (providing mechanism for withholding information). The State need not reveal the content of the material but must provide enough information to allow Plaintiff to challenge the continued confidentiality of the records. The motion to keep the information under seal must be filed by 10:00 a.m. on Monday, October 25, 2010.

**IT IS SO ORDERED.**

DATED this 24th day of October, 2010.

Roslyn O. Silver
United States District Judge