TERRY GODDARD
ATTORNEY GENERAL
(FIRM STATE BAR NO. 14000)

KENT E. CATTANI
CHIEF COUNSEL
(STATE BAR NUMBER 010806)
CRIMINAL APPEALS/CAPITAL LITIGATION SECTION

JEFFREY ZICK
ASSISTANT ATTORNEY GENERAL
CRIMINAL APPEALS/CAPITAL LITIGATION SECTION
1275 W. WASHINGTON
PHOENIX, ARIZONA 85007-2997
TELEPHONE: (602) 542-4686
(STATE BAR NUMBER 018712)
E-MAIL: CADocket@azag.gov

ATTORNEYS FOR DEFENDANTS

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Jeffrey Timothy Landrigan,<br><br>    Plaintiff,<br><br>-vs-<br><br>Janice K. Brewer, Governor of Arizona; Charles L. Ryan, Director, Arizona Department of Corrections; Ernest Trujillo, Warden, Arizona Department of Corrections – Eyman; Carson McWilliams, Warden, Arizona Department of Corrections – Florence; Does 1 – 50,<br><br>    Defendants. | CV–10–02246–ROS<br><br>Reply Re Motion to Reconsider<br><br>[Death Penalty Case]<br><br>(The Hon. Roslyn O. Silver) |

      In Plaintiff Jeffrey Timothy Landrigan's response to Defendant's motion for reconsideration, he argues two substantive points. First, he asks this Court to rely on the FDA's ability to determine a drug's "efficacy and safety." Second, he explains that the "key issue" presented to this Court is whether the sodium thiopental to be used in his execution violates the Eighth Amendment.

Neither argument supports staying Landrigan's execution.

The FDA issue is not new. Many years ago, several prisoners convicted of capital offenses and sentenced to death by lethal injection brought a federal law suit requesting the FDA to take various enforcement actions. *Heckler v. Chaney*, 470 U.S. 821, 823 (1985). The FDA Commissioner declined to take any enforcement action and the United States Supreme Court agreed. The United States Circuit Court for the District of Columbia had found that "the FDA's refusal, for the reasons given, was irrational, and the respondents' evidence that use of the drugs could lead to a cruel and protracted death was entitled to *more searching consideration*." *Id*. at 827. The Supreme Court granted certiorari "to review the implausible result that the FDA is required to exercise its enforcement power to ensure that States only use drugs that are 'safe and effective' for human execution." *Id*. The unanimous Court reversed the lower court. "The fact that the drugs involved in this case are ultimately to be used in imposing the death penalty *must not lead this Court or other courts* to import profound differences of opinion over the meaning of the Eighth Amendment to the United States Constitution into the domain of administrative law." *Id*. at 838 (emphasis added).

The FDA has no role to play in the administration of Arizona's lethal injection protocol.

Landrigan's second point hinges on pure speculation. Arizona's protocol provides significant safeguards to assure that the inmate is unconscious before the administration of the remaining two drugs. Thus, he has not established a need for the information he seeks.

. . .

RESPECTFULLY SUBMITTED this 25th day of October, 2010.

        Terry Goddard
        Attorney General
        (Firm State Bar No. 14000)

        s/_____
        Kent E. Cattani
        Chief Counsel
        Criminal Appeals/Capital Litigation Section
        1275 West Washington
        Phoenix, Arizona  85007–2997
        Telephone:  (602) 542–4686
        Kent.Cattani@azag.gov
        (State Bar Number 010806)
        Attorneys for Defendant

I hereby certify that on this 25th day of October, 2010, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

JON M. SANDS
Federal Public Defender
Dale A. Baich
Sylvia J. Lett
Karen Wilkinson
Sarah Stone
Robin C. Konrad
Assistant Federal Public Defenders
Keith J. Hilzendeger
Research & Writing Specialist
850 West Adams, Suite 201
Phoenix, Arizona 85007

Attorneys for Plaintiff


s/_____
L.L. Kugler

1246407

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28