TERRY GODDARD
ATTORNEY GENERAL
(FIRM STATE BAR NO. 14000)

KENT E. CATTANI
CHIEF COUNSEL
(STATE BAR NUMBER 010806)
CRIMINAL APPEALS/CAPITAL LITIGATION SECTION

JEFFREY ZICK
ASSISTANT ATTORNEY GENERAL
CRIMINAL APPEALS/CAPITAL LITIGATION SECTION
1275 W. WASHINGTON
PHOENIX, ARIZONA 85007-2997
TELEPHONE: (602) 542-4686
(STATE BAR NUMBER 018712)
E-MAIL: CADocket@azag.gov

ATTORNEYS FOR DEFENDANTS

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Jeffrey Timothy Landrigan,<br><br>    Plaintiff,<br><br>-vs-<br><br>Janice K. Brewer, Governor Of Arizona; Charles L. Ryan, Director, Arizona Department Of Corrections; Ernest Trujillo, Warden, Arizona Department Of Corrections – Eyman; Carson Mcwilliams, Warden, Arizona Department Of Corrections – Florence; Does 1 –50, et al.,<br><br>    Defendants. | CV–10–02246–ROS<br><br><br>DEFENDANTS' NOTICE OF APPEAL |

Defendants respectfully give notice of their claims of appeal to the United States Court of Appeals for the Ninth Circuit from the order entered in the above-captioned case. This Notice of Appeal is made pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.

On October 25, 2010, this Court issued an Order granting Plaintiff's Motion for a Temporary Restraining Order or a Preliminary Injunction (Doc. 3),

Denying Defendants' Motion for Reconsideration (Doc. 12), and denying Defendants' Motion to Seal (Doc. 17). Defendants now timely file their Notice of Appeal.

DATED this 25th day of October, 2010.

RESPECTFULLY SUBMITTED,

TERRY GODDARD
ATTORNEY GENERAL

s/
KENT E. CATTANI
ASSISTANT ATTORNEY GENERAL
ATTORNEYS FOR DEFENDANTS

I hereby certify that on this 25th day of October, 2010, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and deposited for mailing the attached document and the Notice of Electronic Filing to the following, non-registered participant of the ECF System:

JON M. SANDS
Federal Public Defender
Dale A. Baich
Sylvia J. Lett
Karen Wilkinson
Sarah Stone
Robin C. Konrad
Assistant Federal Public Defenders
Keith J. Hilzendeger
Research & Writing Specialist
850 West Adams, Suite 201
Phoenix, Arizona  85007

Attorneys for Plaintiff


s/
L.L. Kugler

1249846