1  **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Jeffrey Timothy Landrigan,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Janice K. Brewer, Governor of the State of Arizona; Charles L. Ryan, Director of the Arizona Department of Corrections; Ernest Trujillo, Warden, Arizona Department of Corrections - Eyman; Carson McWilliams, Warden, Arizona Department of Corrections - Florence; Does 1-50,<br><br>　　　　Defendants. | No. CV-10-02246-PHX-ROS<br><br>**DEATH PENALTY CASE**<br><br>**ORDER** |

On October 21, 2010, Plaintiff Jeffrey Timothy Landrigan filed this suit pursuant to 42 U.S.C. § 1983, alleging that execution by lethal injection using sodium thiopental obtained from a non-FDA approved manufacturer would violate his rights under the Eighth and Fourteenth Amendments. Plaintiff sought "equitable, injunctive, and declaratory relief to prevent Defendants from carrying out [Plaintiff's] execution." (Doc. 1 at 2.) On October 26, 2010, Plaintiff was executed. Thereafter, Eric John King, Donald Edward Beaty, and Daniel Wayne Cook (the "Potential Intervenors") filed a motion to intervene in this action. Cook also filed a motion to consolidate this action with a nearly identical § 1983 complaint he filed in Case No. CV-10-2454-PHX-RCB. On November 5, 2010, the Court directed Potential Intervenors and Defendants to address whether Plaintiff's case is moot. After

1  considering the briefs, the Court concludes that Plaintiff's execution rendered this action
2  moot. *See Kennerly v. United States*, 721 F.2d 1252, 1260 (9th Cir. 1983) (finding claim for
3  injunctive relief moot after plaintiff's death).  Accordingly, the Court will deny the pending
4  motions and direct that this case be terminated.

5  Based on the foregoing,

6  **IT IS ORDERED** that the motions to intervene filed by John King, Donald Edward
7  Beaty, and Daniel Wayne Cook (Docs. 27, 28 & 36) are **DENIED**.

8  **IT IS FURTHER ORDERED** that Daniel Wayne Cook's motion to consolidate
9  cases (Doc. 47) is **DENIED**.

10  **IT IS FURTHER ORDERED** that the Clerk of Court shall terminate this case as
11  moot.

12  DATED this 22nd day of November, 2010.

_____
Roslyn O. Silver
United States District Judge